**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FEB 21 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE LUIS GARCIA, AKA Jose Luis Garcia Morales, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General, <br><br> Respondent. | No.   16-71889 <br><br> Agency No. A092-263-093 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 19, 2019[**]

Before:    FERNANDEZ, SILVERMAN, and WATFORD, Circuit Judges.

Jose Luis Garcia, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' reissued decision adopting and affirming an

immigration judge's removal order. Our jurisdiction is governed by 8 U.S.C.

§ 1252. We dismiss the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Assuming the agency's denial of a waiver of inadmissibility under former INA § 212(c) is under review, we lack jurisdiction to review this discretionary determination. *See Vargas-Hernandez v. Gonzales*, 497 F.3d 919, 923 (9th Cir. 2007). Garcia does not raise a colorable legal or constitutional claim to invoke our jurisdiction. *See id.* (abuse of discretion challenges, even if cast as legal errors, are not colorable claims).

**PETITION FOR REVIEW DISMISSED.**